UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 96-1830

HARRISON T. ANDERSON,

Plaintiff - Appellant,

versus

W. H. HAND, JR., President, THT Enterprises,
Incorporated,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Greenville.   Terrence W. Boyle,
District Judge.   (CA-94-127-4-BO)

Submitted:  September 5, 1996      Decided:  September 17, 1996

Before WIDENER and WILKINS, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Harrison T. Anderson, Appellant Pro Se.  Bradley Arthur Elliott,
Roanoke Rapids, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order dismissing his civil action for lack of subject matter jurisdiction. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Anderson v. Hand</u>, No. CA-94-127-4-BO (E.D.N.C. May 23, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>